UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK R. CALDWELL, | Case No. 18-cv-01243 NC (PR) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

This federal habeas action, in which petitioner is challenging a conviction he suffered in Solano County Superior Court, is TRANSFERRED to the Eastern District of California, as that is the district of conviction.[1]  *See* 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b).  The Clerk is directed to transfer this matter forthwith.

**IT IS SO ORDERED.**

DATED: March 21, 2018

NATHANAEL M. COUSINS
United States Magistrate Judge

---

[1] Petitioner has consented to magistrate judge jurisdiction.  Dkt. No. 1 at 7.

Case No. 18-cv-01243  NC (PR)
ORDER OF TRANSFER