UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK R. CALDWELL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | No. 2:18-cv-0712 CKD P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, petitioner has not filed a request to proceed in forma pauperis or paid the $5.00 filing fee. See 28 U.S.C. §§ 1914(a) & 1915(a). Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send petitioner an "Application to Proceed In Forma Pauperis By a Prisoner.

2. Within thirty days, petitioner shall complete and return that form to the court or submit the $5.00 filing fee. Petitioner's failure to comply with this order will result in dismissal.

Dated: April 3, 2018

　　　　　　　　　　　　　　　　　　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/cald0712.103